FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2019 JUL 24 PM 4:28
CLERK _a Burton_
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| FRED LEE DANIEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 319-034 |
| | ) | |
| DEPUTY WARDEN OF SECURITY BLAIR, Johnson State Prison; LIEUTENANT HURST, Johnson State Prison; C.E.R.T. OFFICER MOSLEY, Johnson State Prison; AWE OLATUN, II, M.D., Medical Director; WILLIAM O. AGYEMANG, NP; PA HALL; and NURSE GAREGORY, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES AS MOOT** Plaintiff's second motion to proceed *in forma pauperis*, (doc. no. 13), **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 24th day of July, 2019, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE